# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00283-MCS-1 |
| Plaintiff, | **ORDER ON EX PARTE APPLICATION CONTINUING SENTENCING (ECF No. 30)** |
| v. | |
| JOSE HENRY AYALA CASIMIRO | |
| Defendant. | |

Jose Henry Ayala Casimiro's *ex parte* application to continue sentencing is GRANTED. Sentencing is hereby continued from August 24, 2026 to October 26, 2026, at 3:00 p.m.

DATED: June 3, 2026

_____
HON. MARK C. SCARSI
United States District Judge

cc: USPO